In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-317 CR


____________________



KREIG JAMES PETTEWAY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 92044






 MEMORANDUM OPINION


 Appellant, Kreig James Petteway, filed a motion to withdraw his appeal pursuant to
Tex. R. App. P. 42.2. The motion is signed by appellant personally, acting pro se following
withdrawal of appellate counsel after filing a brief which certifies counsel could find no
arguable error upon which to base an appeal. No opinion has issued in this appeal.

 The motion to withdraw as counsel is granted. Kreig James Petteway is enrolled pro
se. It is further ordered that the motion to withdraw notice of appeal be granted, and the
appeal is therefore dismissed. The Clerk of the Court shall forward a duplicate copy of this
opinion to the clerk of the court in which the notice of appeal was filed.

 APPEAL DISMISSED. 


 ____________________________

 HOLLIS HORTON

 Justice


Submitted on April 23, 2007

Opinion Delivered July 25, 2007

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.